# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

MICHAEL PEARSON, et al.,

    Plaintiffs,

v.

DEUTSCHE BANK AG, et al.,

    Defendants.

CASE NO. 1:21-CV-22437
Bloom/Otazo-Reyes

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the following matter will come for a hearing before Judge Otazo-Reyes on February 23, 2022 at 3:30 p.m. Judge Otazo-Reyes' Chambers will provide the Parties with the dial-in information for the hearing.

On January 31, 2022, the Parties met and conferred over Plaintiffs' First Request for Production of Documents to Defendants, served on December 6th, 2021. The Parties were unable to come to an agreement as to three of Plaintiffs' Requests, and Plaintiffs now request the Court's intervention. The three Requests at issue are:

**Request 25**: Documents you provided to regulators over the course of the investigation leading to the May 2017 penalty and consent cease and desist order ("the May 2017 Order") issued against your United States operations for anti-money laundering deficiencies. For the avoidance of doubt, this request does not seek your communications with regulators or materials created for or at the requests of regulators and instead seeks the materials already in existence at the time of regulators' requests and subsequently provided to such regulators

**Request 26**: Documents sufficient to show any demands from regulators in connection with the May 2017 Order that you close certain accounts.

**Request 28**: Documents sufficient to show any other government or regulatory action taken against you related to any actual or alleged violation of anti-money laundering laws and regulations, including initiating or charging documents, any conclusions or findings, materials provided by you to any government entity in response to any investigation or request, and the resolution of such investigations or proceedings.

#3335790v1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Plaintiffs conferred, by email and telephone, with counsel for Defendants in a good faith effort to resolve the issues raised herein. Despite those efforts, the parties were not able to resolve the issues.

This 4th day of February 2022.

/s/  John H. Rains IV
Frank M. Lowrey IV (*pro hac vice*)
Georgia Bar No. 410310
*lowrey@bmelaw.com*
Ronan P. Doherty (*pro hac vice*)
Georgia Bar No. 224885
*doherty@bmelaw.com*
John H. Rains IV
Florida Bar No. 0056859
Georgia Bar No. 556052
*rains@bmelaw.com*
Amanda Kay Seals (*pro hac vice*)
Georgia Bar No. 502720
*seals@bmelaw.com*
Juliana Mesa (*pro hac vice*)
Georgia Bar No. 585087
*mesa@bmelaw.com*
Zoe Ben-Oren (*pro hac vice*)
Georgia Bar No. 878340
*beiner@bmelaw.com*
BONDURANT MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Eduardo F. Rodriguez
Florida Bar No. 36423
*eddie@efrlawfirm.com*
EFR LAWFIRM
1 Alhambra Plaza, Suite 1225
Coral Gables, FL 33134
Telephone: (305) 340-0034

***Attorneys for Plaintiffs***

Signature Page

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be served the foregoing **NOTICE OF HEARING** by filing it with the Clerk of Court using the CM/ECF system upon the following counsel of record:

>Harvey W. Gurland
>*hwgurland@duanemorris.com*
>DUANE MORRIS, LLP
>201 S. Biscayne Boulevard, Suite 3400
>Miami, Florida 33131-4325
>
>David G. Januszewski
>*djanuszewski@cahill.com*
>Sesi V. Garimella
>*sgarimella@cahill.com*
>Bonnie E. Trunley
>*btrunley@cahill.com*
>CAHILL GORDON & REINDEL LLP
>32 Old Slip
>New York, NY 10005

This 4th day of February, 2022.

>>*/s/ John H. Rains IV*
>>John H. Rains IV