UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22437-BLOOM/OTAZO-REYES

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

vs.

DEUTSCHE BANK AG, *et al.*,

    Defendants.

_____/

**ORDER SETTING CONTINUED DISCOVERY HEARING**

THIS CAUSE came before the Court on Plaintiffs Michael Pearson, Andrew Childe, and Anna Silver's ("Plaintiffs") Amended Notice of Hearing (hereafter, "Notice of Hearing") [D.E. 72]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 39]. The undersigned held a hearing on this matter on February 23, 2022 (hereafter, "Hearing").

At the Hearing, the parties agreed to meet and confer over the next several weeks in an effort to narrow and resolve their current discovery dispute relating to Plaintiffs' Requests for Production Nos. 25, 26, and 28, and to participate in a Continued Discovery Hearing for the purpose of addressing any unresolved disputes. Accordingly, it is

ORDERED AND ADJUDGED that a Continued Discovery Hearing is hereby SET for **Wednesday, March 16, 2022 at 2:30 P.M., at the United States District Court, 301 North Miami Ave., Tenth Floor, Miami, Florida.** The Continued Discovery Hearing will be conducted telephonically. The dial-in instructions for the Continued Discovery Hearing are as follows: the parties shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0316. Please dial in at least ten minutes before the hearing begins

and wait until your case is called.

        DONE AND ORDERED in Chambers at Miami, Florida this <u>23rd</u> day of February, 2022.

                                                        _____
                                          ALICIA M. OTAZO-REYES
                                          UNITED STATES MAGISTRATE JUDGE

cc:      United States District Judge Beth Bloom
         Counsel of Record