UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22437-BLOOM/OTAZO-REYES

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

vs.

DEUTSCHE BANK AG, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Plaintiffs Michael Pearson, Andrew Childe, and Anna Silver's ("Plaintiffs") Notice of Hearing (hereafter, "Notice of Hearing") [D.E. 85]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 39]. The undersigned held a hearing on this matter on April 19, 2022 (hereafter, "Hearing").

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED as follows:

1. Plaintiffs' request for a better response to Document Request No. 23 is DENIED WITHOUT PREJUDICE to its renewal in the context of seeking factual support for Deutsche Bank AG's (hereafter, "Deutsche Bank") anticipated affirmative defenses or as a topic for the Rule 30(b)(6) deposition of Deutsche Bank's corporate representative.

2. Within **sixty (60) days** from the date of this Order, Deutsche Bank SHALL PRODUCE documents responsive to Plaintiffs' Document Request No. 24, limited to custodial accounts with account numbers ending in the digit 7 that were opened at Deutsche Bank's New York Branch during the period from 2014 to 2017. This ruling is without prejudice to Deutsche

Bank seeking relief from the Court should it encounter technical difficulties in producing the required responsive documents.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of April, 2022.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
Counsel of Record