IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **MICHAEL PEARSON, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEUTSCHE BANK AG, et al.,**<br><br>Defendants. | **CASE NO. 1:21-CV-22437-BB**<br>Bloom/Otazo-Reyes |

## CONSENT MOTION TO RELIEVE PLAINTIFFS OF THE OBLIGATION TO ANSWER DEFENDANTS' COUNTERCLAIMS

Plaintiffs, the Liquidators,[1] pursuant to Local Rule 7.1(A), file this Consent Motion to Relieve Plaintiffs of the Obligation to Answer Defendants' Counterclaims. In support of this Motion, Plaintiffs state as follows:

1. On May 13, 2022, Defendants filed their Answer, Defenses, and Counterclaims to the Liquidators' First Amended Complaint asserting counterclaims for indemnity from certain of the Companies (the "target Companies"). Doc. 93. The Liquidators' deadline to respond, which is June 3, 2022, has not yet passed.

2. There is a Chapter 15 bankruptcy case pending, *In re North Pointe Holdings (BVI) Ltd. (in Liquidation), et al.*, as to those target Companies and others. Case No. 18-24659-AJC ("the Chapter 15 case").

3. It is the Liquidators' contention that Defendants' assertion of counterclaims against the target Companies violates the automatic stay imposed by the Chapter 15 case and is thus void

---

[1] Capitalized terms used here have the same meaning as defined in the First Amended Complaint, Doc. 31, filed September 24, 2021.

and of no effect. *Borg-Warner Acceptance Corp. v. Hall*, 685 F.2d 1306, 1308 (11th Cir. 1982) ("Actions taken in violation of the automatic stay are void and without effect.").

4. Defendants have informed the Liquidators that they do not believe the counterclaims violate the automatic stay in the Chapter 15 case. Defendants intend seek a declaratory judgment from the bankruptcy court to that effect or, in the alternative, an order lifting the stay for the purpose of allowing Defendants to assert their counterclaims against the target Companies. In the interim, Defendants agree that no answer is required with respect to the counterclaims.

5. The Parties further agree to update and inform this Court as soon as there is any ruling from the bankruptcy court on Defendants' anticipated motion.

6. Based on this agreement, and for good cause, Plaintiffs respectfully request that the Court grant this consent motion and relieve the Liquidators of the obligation to answer Defendants' counterclaims.

7. A proposed Order is attached for the Court's consideration.

### Certification Pursuant to Local Rule 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the Liquidators conferred with counsel for Defendants regarding the requested relief. Defendants' counsel confirmed that they agree to the relief sought and join the motion.

Respectfully submitted this 2nd day of June, 2022.

/s/  *John H. Rains IV*
Frank M. Lowrey IV (*pro hac vice*)
Georgia Bar No. 410310
lowrey@bmelaw.com
Ronan P. Doherty (*pro hac vice*)
Georgia Bar No. 224885
doherty@bmelaw.com

John H. Rains IV
Florida Bar No. 0056859
Georgia Bar No. 556052
*rains@bmelaw.com*
Amanda Kay Seals (*pro hac vice*)
Georgia Bar No. 502720
*seals@bmelaw.com*
Juliana Mesa (*pro hac vice*)
Georgia Bar No. 585087
*mesa@bmelaw.com*
Zoe Ben-Oren (*pro hac vice*)
Georgia Bar No. 878340
*beiner@bmelaw.com*
BONDURANT MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Eduardo F. Rodriguez
Florida Bar No. 36423
*eddie@efrlawfirm.com*
EFR LAWFIRM
1 Alhambra Plaza, Suite 1225
Coral Gables, FL 33134
Telephone: (305) 340-0034

***Attorneys for Plaintiffs***

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing **CONSENT MOTION TO RELIEVE PLAINTIFFS OF THE OBLIGATION TO ANSWER DEFENDANTS' COUNTERCLAIMS** by filing it with the Clerk of Court using the CM/ECF system upon the following counsel of record:

>Harvey W. Gurland, Jr.
>hwgurland@duanemorris.com
>DUANE MORRIS LLP
>201 S. Biscayne Boulevard, Suite 3400
>Miami, Florida 33131-4325
>
>David G. Januszewski
>djanuszewski@cahill.com
>Sheila Ramesha
>sramesh@cahill.com
>Sesi V. Garimella
>sgarimella@cahill.com
>CAHILL GORDON & REINDEL LLP
>32 Old Slip
>New York, NY 10005

This 2nd day of June, 2022.

>>>*/s/ John H. Rains IV*
>>>John H. Rains IV