UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22437-BLOOM/OTAZO-REYES

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

vs.

DEUTSCHE BANK AG, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiffs Michael Pearson, Andrew Childe, and Anna Silver's ("Plaintiffs") Notice of Hearing [D.E. 101]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 39]. The undersigned held a hearing on this matter on July 19, 2022 (hereafter, "Hearing").

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED as follows:

1. With respect to Item 1 in the Notice of Hearing, Defendants Deutsche Bank AG, Deutsche Bank Luxembourg S.A., Deutsche Bank (Suisse) SA, and Deutsche Bank Trust Companies Americas ("Defendants") SHALL CONTINUE to produce documents on a rolling basis with production to be completed **by the end of August**. Defendants shall prioritize their production of documents as follows: documents that are pertinent to the custodians who are being deposed on August 3 and 8, 2022, shall be produced by **August 1, 2022**; and documents that are pertinent to other custodians whose depositions may be scheduled during the month of August shall be produced ahead of those depositions.

2. With respect to Item 2 in the Notice of Hearing, Defendants SHALL COMPLETE their responses to Plaintiffs' jurisdictional discovery requests in compliance with applicable foreign data privacy and bank secrecy laws **by the end of August**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of July, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
     Counsel of Record