UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-CV-22437-BLOOM/OTAZO-REYES

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

    Defendants.

**NOTICE OF FILING EXHIBITS IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants DEUTSCHE BANK AG, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK (SUISSE) S.A. and DEUTSCHE BANK LUXEMBOURG, S.A., file the attached Exhibits in Support of Defendants' Motion for Summary Judgment.

Dated this 11th day of November, 2022

    */s/ Julian A. Jackson-Fannin*
    Harvey W. Gurland, Jr., Esq.
    Florida Bar No. 284033
    Julian A. Jackson-Fannin, Esq.
    Florida Bar No. 93220
    DUANE MORRIS LLP
    201 S. Biscayne Boulevard, Suite 3400
    Miami, FL 33131-4325
    (305) 960-2214

    -and-

David G. Januszewski, Esq. (*pro hac vice*)
Sheila C. Ramesh, Esq. (*pro hac vice*)
Sesi V. Garimella, Esq. (*pro hac vice*)
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

*Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank Trust Company Americas,
Deutsche Bank Luxembourg S.A., and
Deutsche Bank (Suisse) S.A.*