**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:21-cv-22437-Bloom/Otazo-Reyes**

MICHAEL PEARSON, *et al.*,

                    Plaintiffs,

    v .

DEUTSCHE BANK AG, *et al.*,

                    Defendants.

**DEFENDANTS' DEUTSCHE BANK AG, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK LUXEMBOURG S.A., AND DEUTSCHE BANK
(SUISSE) S.A.'S RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED
FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325
(305) 960-2214

-and -

David G. Januszewski, Esq. (*pro hac vice*)
Sheila C. Ramesh, Esq. (*pro hac vice*)
Sesi V. Garimella, Esq. (*pro hac* vice)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

*Attorneys for Defendants Deutsche Bank
AG, Deutsche Bank Trust Company
Americas, Deutsche Bank Luxembourg S.A.,
and Deutsche Bank (Suisse) S.A.*

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Defendants, Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Luxembourg S.A., and Deutsche Bank (Suisse) S.A. (collectively, "Defendants"), hereby file this Response to Plaintiffs' Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment (D.E. 141), and state:

## RESPONSES

1.      On January 14, 2019, the United States Bankruptcy Court for the Southern District of Florida ("the Bankruptcy Court") entered an order for relief under chapter 15 of title 11 of the United States Code in the jointly administered cases of In re North Pointe Holdings (BVI) Ltd., et al., bearing case number 18-24659-AJC. Exhibit A, In re North Pointe Doc. 22, at 3 ¶ J.

   *Undisputed.*

2.      The Bankruptcy Court recognized each of the Proceedings, as defined in its January 14, 2019 Order, for each of the Debtors as the "foreign main proceeding []" for the respective Debtors and ordered that the Liquidators are the foreign representatives for each of the Debtors. Exhibit A, In re North Pointe Doc. 22, at 3 ¶ 1 (appointing Pearson).

   *Undisputed.*

3.      The Companies, as that term is defined in the Complaint in this action, are each of the Debtors in the In re North Pointe bankruptcy cases. Compare ECF No. 31, First Amended Complaint, ¶ 18 (listing and defining the Companies) with Exhibit A, In re North Pointe Doc. 22, at 1–2 (listing and defining the Debtors).

   *Undisputed*.

4.      The Liquidators are the plaintiffs in this action and brought it pursuant their authority as foreign representatives. ECF No. 31, First Amended Complaint, ¶ 27.

*While it is undisputed that the Liquidators have pursued this action by claiming the authority to do so as foreign representatives of the Companies, Defendants dispute their actual authority to bring this claim, as the Liquidators lack standing.* **See** ***D.E. 143, at 16-17.***

5.      The Liquidators are licensed and otherwise authorized to act as a Liquidators under the laws of the Cayman Islands, British Virgin Islands, and Bermuda, which are the countries where the Companies are domiciled and organized. Exhibit B, Nov. 11, 2022 Declaration of Michael Pearson ("Pearson Decl.), ¶¶ 2–3.

*Undisputed.*

6.      The Liquidators were not affiliated with and had no involvement with the Companies or their principals prior to March 2018. Exhibit B, Pearson Decl., ¶ 6.

*Undisputed.*

7.      Beginning in March 2018, FFP—the firm for which the Liquidators work—was retained on a limited basis to assist in collect books and records. Exhibit B, Pearson Decl., ¶ 5.

*Undisputed.*

8.      Prior to August 31, 2018, the Liquidators had no control over and played no role in the operation of the Companies. Exhibit B, Pearson Decl., ¶ 7.

*Undisputed.*

9.      There is no evidence the Liquidators played any role in the fraud committed by the Individual Wrongdoers.

*Disputed.  The Court's Pre-Trial Order, D.E. 39 at 2-3, and Local Rule 56.1(b)(1)(B) require the statements of fact to be supported by specific references for evidentiary*

*support for their claims.  Plaintiffs provide no evidentiary support to substantiate the*

*claim in this paragraph.*

10.    The Liquidators will distribute all recovery in this action to the Companies'
creditors, less only administrative expenses subject to the oversight of the courts hearing the
respective foreign main proceedings. Exhibit B, Pearson Decl., ¶¶ 8–10.

*Disputed.  This statement is irrelevant to the issues to be decided in this case and is*

*immaterial.  Defendants further object to this as a statement of undisputed fact because*

*it further seeks to confuse the issues as to whom the Liquidators represent.  See D.E.*

*155 (Opposition to Plaintiffs' Motion for Partial Summary Judgment).  Plaintiffs do*

*not represent any of the Companies' creditors, but the wrongdoer Companies*

*themselves.  Plaintiffs have provided no support to substantiate any sort of payout*

*program.*

Dated: December 9, 2022
        Miami, Florida

                                     _/s/ Harvey W. Gurland, Jr._____
                                     Harvey W. Gurland, Jr.
                                     Florida Bar No. 284033
                                     Julian A. Jackson-Fannin
                                     Florida Bar No. 93220
                                     DUANE MORRIS LLP
                                     201 S. Biscayne Boulevard, Suite 3400
                                     Miami, FL 33131-4325
                                     (305) 960-2214

                                     David G. Januszewski (admitted *pro hac vice*)
                                     Sheila C. Ramesh (admitted *pro hac vice*)
                                     Sesi V. Garimella (admitted *pro hac vice*)
                                     Cahill Gordon & Reindel LLP
                                     32 Old Slip
                                     New York, NY 10005
                                     (212) 701-3000

                                     *Attorneys for Defendants*