UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

    Defendants.
_____/

### ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Bring Electronic Equipment into the Courtroom, ECF No. [203] ("Motion"), and the Court having been duly advised, it is

**ORDERED AND ADJUDGED** that the Motion, **ECF No. [203]**, is **GRANTED**. Counsel, staff of counsel, experts, witnesses, parties and party representatives are permitted to bring electronic equipment into the Courthouse during the trial expected to commence on April 10, 2023 and continue through April 21, 2023, as well as on April 4, 2023, as set forth below:

| Counsel/Legal Assistant/Paralegal/Witness Party or Party Representative | Equipment |
|---|---|
| Frank M. Lowrey IV, Esq.<br>Bondurant, Mixson & Elmore, LLP<br>Counsel for Plaintiffs | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| John H. Rains IV, Esq.<br>Bondurant, Mixson & Elmore, LLP<br>Counsel for Plaintiffs | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| Amanda Kay Seals, Esq.<br>Bondurant, Mixson & Elmore, LLP<br>Counsel for Plaintiffs | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| Juliana Mesa, Esq.<br>Bondurant, Mixson & Elmore, LLP<br>Counsel for Plaintiffs | Laptop, power cord, cellular phones/smartphones and charger, iPad |

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

| | |
|---|---|
| Lindsey A. Harrison<br>Bondurant, Mixson & Elmore, LLP<br>Paralegal | Laptop, power cord, HDMI cables, USB cables, extension cord, cellular phone/smartphone and charger, small printer, handheld scanner, external computer monitor, wireless presentation clicker, mouse |
| Eduardo F. Rodriguez<br>EFR Law Firm<br>Counsel for Plaintiffs | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| Michael Pearson<br>Party | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| Anna Silver<br>Party | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| Andrew Childe<br>Party | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| Andrew Rutherford<br>Party Representative / Witness | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| Ian Ratner<br>Plaintiffs' Expert Witness | Laptop, power cord, cellular phone/smartphone and charger, iPad |
| Richard Fraher<br>Plaintiffs' Expert Witness | Laptop, power cord, cellular, phone/smartphone and charger, iPad |

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 31, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:  Counsel of Record