UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

    Defendants.

_____/

## ORDER ON JOINT STIPULATION OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice as to North Pointe Holdings (B.V.I.) Ltd., Sports Aficionados Ltd., Vanguardia Holdings Ltd, Vanguardia Group Inc., and Sentinel Investment Fund SPC, ECF No. [204] ("Stipulation"), filed on March 31, 2023. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [204]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. The case shall remain open.

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 3, 2023.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record