UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Case No.: 1:21-cv-22437-Bloom/Otazo-Reyes

MICHAEL PEARSON, *et al.*,

            Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

            Defendants.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate that all claims against Deutsche Bank Trust Company Americas are voluntarily dismissed with prejudice. In entering into this stipulation, the Parties have agreed that Deutsche Bank AG will not make any argument in this case that the dismissal of claims against Deutsche Bank Trust Company Americas has any effect or in any way prejudices Plaintiffs' ability to proceed against Deutsche Bank AG or establishes the truth or falsity of any allegation that Plaintiffs have made against Deutsche Bank AG. Deutsche Bank AG further agrees not to make any argument, to the Court or jury, that the dismissal of Deutsche Bank Trust Company Americas in any way affects Plaintiffs' remaining claims. Without limiting the foregoing, Deutsche Bank will not assert that Floris Vreedenburgh acted as the agent of Deutsche Bank Trust Company Americas.

No costs shall be charged against any Party as a result of this stipulation.

Dated: April 4, 2023

| | |
|---|---|
| /s/ Sheila C. Ramesh | /s/ John H. Rains IV |
| Harvey W. Gurland, Jr. | Frank M. Lowrey IV *(Pro Hac Vice)* |
| Florida Bar No. 284033 | Georgia Bar No. 410310 lowrey@bmelaw.com |

1

DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325
(305) 960-2214
hwgurland@duanemorris.com
pnmendoza@duanemorris.com

David G. Januszewski *(Pro Hac Vice)*
Anirudh Bansal *(Pro Hac Vice)*
Sheila C. Ramesh *(Pro Hac Vice)*
Sesi V. Garimella *(Pro Hac Vice)*
Margaret A. Barone *(Pro Hac Vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000
djanuszewski@cahill.com
abansal@cahill.com
sramesh@cahill.com
sgarimella@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Deutsche Bank Trust Company Americas, Deutsche Bank AG, Deutsche Bank Luxembourg S.A., and Deutsche Bank Suisse S.A.*

Ronan P. Doherty *(Pro Hac Vice)*
Georgia Bar No. 224885
doherty@bmelaw.com
John H. Rains
Florida Bar No. 0056859
Georgia Bar No. 556052
rains@bmelaw.com
Amanda Kay Seals *(Pro Hac Vice)*
Georgia Bar No. 502720
seals@bmelaw.com
Juliana Mesa *(Pro Hac Vice)*
Georgia Bar No. 585087
mesa@bmelaw.com
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Eduardo F. Rodriguez
Florida Bar No. 36423 eddie@efrlawfirm.com
1 Alhambra Plaza, Suite 1225
Coral Gables, FL 33134
Telephone: (305) 340-0034

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that by filing the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, I have caused it to be served upon all counsel of record.

This 4th day of April, 2023.

*/s/ John H. Rains IV*
John H. Rains IV