UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-22437-BLOOM/Otazo-Reyes**

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice of all claims against Deutsche Bank Trust Company Americas ("Defendant"), ECF No. [209] ("Stipulation"), filed on April 4, 2023. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [209]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant;
3. Each party shall bear its own attorneys' fees and costs;

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 4, 2023.

                                          _____
                                          BETH BLOOM
                                          UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record