UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:21-cv-22437-Bloom/Otazo-Reyes

MICHAEL PEARSON, *et al.*,

        Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

        Defendants.

## DEUTSCHE BANK AG'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Defendant/Counter-Plaintiff, DEUTSCHE BANK AG, through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(c), hereby gives notice of the voluntary dismissal without prejudice of its counterclaims in the above-styled action. [D.E. 93].

Dated this 6th day of April, 2023

Respectfully Submitted,

/s/ *Julian A. Jackson-Fannin*
Harvey W. Gurland, Jr.
Florida Bar No. 284033
Julian A. Jackson-Fannin
Florida Bar No. 93220
DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325
(305) 960-2200
hwgurland@duanemorris.com
jjfannin@duanemorris.com

David G. Januszewski *(Pro Hac Vice)*
Anirudh Bansal *(Pro Hac Vice)*
Sheila C. Ramesh *(Pro Hac Vice)*
Sesi V. Garimella *(Pro Hac Vice)*
Margaret A. Barone *(Pro Hac Vice*)
Miles C. Wiley (*Pro Hac Vice*)
CAHILL GORDON & REINDEL LLP

32 Old Slip  
New York, NY 10005  
(212) 701-3000  
djanuszewski@cahill.com  
abansal@cahill.com  
sramesh@cahill.com  
sgarimella@cahill.com  
mbarone@cahill.com  
mwiley@cahill.com  

*Attorneys for Defendant Deutsche Bank AG*

DM1\14043422.1