UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-22437-BLOOM/Otazo-Reyes**

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING DEUTSCHE BANK AG'S COUNTERCLAIMS WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Deutsche Bank AG's Notice of Voluntary Dismissal Without Prejudice, filed on April 6, 2023, dismissing voluntarily Defendant Deutsche Bank AG's counterclaims in the above-styled action, ECF No. [217] ("Notice"). The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [217]**, is **APPROVED** and **ADOPTED**;
2. The counterclaims in this action are **DISMISSED WITHOUT PREJUDICE**;
3. The case shall remain open.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 6, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:     Counsel of Record