UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Case No.: 1:21-cv-22437-Bloom/Otazo-Reyes

MICHAEL PEARSON, *et al.*,

                Plaintiffs,

    v.

DEUTSCHE BANK AG, *et al.*,

                Defendants.

**JOINT STIPULATION OF SUPPLEMENTAL JURY INSTRUCTION**

On March 27, 2023, the Parties jointly filed proposed jury instructions. ECF No. [197]. As a supplement to those proposed instructions, the Parties respectfully and jointly request that the Court also give the following jury instruction:

> When you review documents admitted into evidence in this trial, you may see that certain portions of a document have been blacked out and removed from your consideration by the court.
>
> Similarly, when you see videotaped testimony offered as evidence in this trial, you may notice that the videos have been edited, so that certain material is removed from your consideration by the court.
>
> You should not speculate as to the content of the portions of documents or testimony that has been removed from your consideration, nor should you consider as part of your deliberation the fact that certain portions have been removed from your consideration. Rather, you should consider only those portions that have been admitted into evidence.

Authority: Adopted from Florida Pattern Civil Jury Instructions, Redacted Documents, 301.12 (2023).

*[Signatures on following page.]*

Dated: April 9, 2023

*/s/ Sheila C. Ramesh*
Harvey W. Gurland, Jr.
Florida Bar No. 284033
DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325
(305) 960-2214
hwgurland@duanemorris.com
pnmendoza@duanemorris.com

David G. Januszewski *(Pro Hac Vice)*
Anirudh Bansal *(Pro Hac Vice)*
Sheila C. Ramesh *(Pro Hac Vice)*
Sesi V. Garimella *(Pro Hac Vice)*
Margaret A. Barone *(Pro Hac Vice)*
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000
djanuszewski@cahill.com
abansal@cahill.com
sramesh@cahill.com
sgarimella@cahill.com
mbarone@cahill.com

*Attorneys for Defendant Deutsche Bank AG*

*/s/ John H. Rains IV*
Frank M. Lowrey IV *(Pro Hac Vice)*
Georgia Bar No. 410310 lowrey@bmelaw.com
Ronan P. Doherty *(Pro Hac Vice)*
Georgia Bar No. 224885
doherty@bmelaw.com
John H. Rains
Florida Bar No. 0056859
Georgia Bar No. 556052
rains@bmelaw.com
Amanda Kay Seals *(Pro Hac Vice)*
Georgia Bar No. 502720
seals@bmelaw.com
Juliana Mesa *(Pro Hac Vice)*
Georgia Bar No. 585087
mesa@bmelaw.com
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Eduardo F. Rodriguez
Florida Bar No. 36423 eddie@efrlawfirm.com
1 Alhambra Plaza, Suite 1225
Coral Gables, FL 33134
Telephone: (305) 340-0034

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that by filing the foregoing **JOINT STIPULATION OF SUPPLEMENTAL JURY INSTRUCTION** with the Clerk of Court using the CM/ECF system, I have caused it to be served upon all counsel of record.

This 9th day of April, 2023.

*/s/ John H. Rains IV*
John H. Rains IV
