UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:21-cv-22437-Bloom/Otazo-Reyes

MICHAEL PEARSON, *et al.*,

                Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

                Defendants.

## JURY INSTRUCTIONS

**THIS CAUSE** is before the Court following review of the parties' submissions, the record the case, the applicable law, and being fully advised. The Court files the attached jury instructions and verdict form it intends to read to the jury.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 23, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

attachments