UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:21-cv-22437-Bloom/Otazo-Reyes

MICHAEL PEARSON, et al.,

        Plaintiffs,

v.

DEUTSCHE BANK AG, et al.,

        Defendants.

## VERDICT FORM

We, the jury, return the following verdict:

### Claim One – Fraudulent Trading

1. Did Plaintiff Note Issuers Diversified Real Estate, Global Market Step Up, Preferred Income, and SG Strategic (the "Plaintiff Note Issuers") prove, by a preponderance of the evidence, that Defendant is liable on the Fraudulent Trading claim?

    _____Yes.



    ✓\_\_\_\_\_No.

*If your answer is "No" to Question 1, this ends your deliberations on Claim One, and you may proceed to Claim Two of this verdict form. If your answer is "Yes" to Question 1, go to Question 2.*

2. Do you find that the companies that Plaintiffs represent engaged in wrongdoing related to the Ponzi scheme, that this wrongdoing caused the asserted losses, and the companies that Plaintiffs represent were at least equally as responsible for the wrongdoing as compared to Defendant (*i.e.*, the doctrine of *in pari delicto* or equal fault bars the Fraudulent Trading claim)?

    _____Yes.

    _____No.

*If your answer is "Yes" to Question 2, this ends your deliberations on Claim One, and you may proceed to Claim Two of this verdict form. If your answer is "No" to Question 2, go to Question 3.*

3. Do you find that the defense of equitable estoppel bars the Fraudulent Trading claim?

    \_\_\_\_\_Yes.

    \_\_\_\_\_No.

*If your answer is "Yes" to Question 3, this ends your deliberations on Claim One, and you may proceed to Claim Two of this verdict form. If your answer is "No" to Question 3, go to Question 4.*

4. Do you find that the defense of unclean hands bars the Fraudulent Trading claim?

    \_\_\_\_\_Yes.

    \_\_\_\_\_No.

*If your answer to Question 1 is "Yes" and you answered Questions 2-4 "No," proceed to Question 5. If you answered "Yes" to any of Questions 2-4, proceed to Question 6.*

5. If you found Defendant liable on the Fraudulent Trading claim, what damages do you award to Plaintiffs? You should <u>not</u> reduce the damages because of any other damages you award in response to other questions on this verdict form. The Court will ensure that Plaintiffs do not recover any damages that duplicate other damages that you may award.

    $_____

**This ends your deliberations on Claim One, and you may proceed to Claim Two of this verdict form.**

### Claim Two – Aiding and Abetting Breach of Fiduciary Duty

6. Did Plaintiffs prove, by a preponderance of the evidence, that Defendant knowingly and substantially assisted a breach of fiduciary duty owed by Roberto G. Cortes, Ernesto H. Weisson, Juan Carlos Cortes, Frank Chatburn, Gustavo Trujillo, Fernando Haberer, or others (the "Individual Wrongdoers") to the Plaintiff Note Issuers?

    \_\_\_\_\_Yes.

    ✓\_\_\_\_No.

*If your answer is "No" to Question 6, this ends your deliberations on Claim Two, and you may proceed to Claim Three of this verdict form. If your answer is "Yes" to Question 6, go to Question 7.*

7. Your answer to Question 2 will be the same as your answer here. If your answer was "Yes" to Question 2, you must find that the doctrine of *in pari delicto* or equal fault bars the Aiding and Abetting Breach of Fiduciary Duty claim. If your answer was "No" to Question 2, you must find that the doctrine of *in pari delicto* or equal fault does not bar the Aiding and Abetting Breach of Fiduciary Duty claim. Please so indicate.

_____Yes.

_____No.

*If your answer is "Yes" to Question 7, this ends your deliberations on Claim Two, and you may proceed to Claim Three of this verdict form. If your answer is "No" to Question 7, go to Question 8.*

8. Your answer to Question 3 will be the same as your answer here. If your answer was "Yes" to Question 3, you must find that the doctrine of equitable estoppel bars the Aiding and Abetting Breach of Fiduciary Duty claim. If your answer was "No" to Question 3, you must find that the doctrine of equitable estoppel does not bar the Aiding and Abetting Breach of Fiduciary Duty claim. Please so indicate.

_____Yes.

_____No.

*If your answer is "Yes" to Question 8, this ends your deliberations on Claim Two, and you may proceed to Claim Three of this verdict form. If your answer is "No" to Question 8, go to Question 9.*

9. Your answer to Question 4 will be the same as your answer here. If your answer was "Yes" to Question 4, you must find that the doctrine of unclean hands bars the Aiding and Abetting Breach of Fiduciary Duty claim. If your answer was "No" to Question 4, you must find that the doctrine of unclean hands does not bar the Aiding and Abetting Breach of Fiduciary Duty claim. Please so indicate.

_____Yes.

_____No.

*If your answer to Question 6 is "Yes" and you answered Questions 7-9 "No," proceed to Question 10. If you answered "Yes" to any of Questions 7-9, proceed to Question 11.*

3

10. If you found Defendant liable on the Aiding and Abetting Breach of Fiduciary Duty claim, what damages do you award to Plaintiffs? You should <u>not</u> reduce the damages because of any other damages you award in response to other questions on this verdict form. The Court will ensure that Plaintiffs do not recover any damages that duplicate other damages that you may award.

$ _____

**This ends your deliberations on Claim Two, and you may proceed to Claim Three of this verdict form.**

### Claim Three – Aiding and Abetting Conversion

11. Did Plaintiffs prove, by a preponderance of the evidence, that Defendant aided and abetted the Individual Wrongdoers in their conversion of property from the companies that Plaintiffs represent?

  _____ Yes.

  ✓ No.

*If your answer is "No" to Question 11, this ends your deliberations on Claim Three, and you may proceed to Claim Four of this verdict form. If your answer is "Yes" to Question 11, go to Question 12.*

12. Your answer to Question 2 will be the same as your answer here. If your answer was "Yes" to Question 2, you must find that the doctrine of *in pari delicto* or equal fault bars the Aiding and Abetting Conversion claim. If your answer was "No" to Question 2, you must find that the doctrine of equal fault does not bar the Aiding and Abetting Conversion claim. Please so indicate.

  _____ Yes.

  _____ No.

*If your answer is "Yes" to Question 12, this ends your deliberations on Claim Three, and you may proceed to Claim Four of this verdict form. If your answer is "No" to Question 12, go to Question 13.*

13. Your answer to Question 3 will be the same as your answer here. If your answer was "Yes" to Question 3, you must find that the doctrine of equitable estoppel bars the Aiding and Abetting Conversion claim. If your answer was "No" to Question 3, you must find that the doctrine of equitable estoppel does not bar the Aiding and Abetting Conversion claim. Please so indicate.

  _____ Yes.

  _____ No.

4

*If your answer is "Yes" to Question 13, this ends your deliberations on Claim Three, and you may proceed to Claim Four of this verdict form. If your answer is "No" to Question 13, go to the Question 14.*

14. Your answer to Question 4 will be the same as your answer here. If your answer was "Yes" to Question 4, you must find that the doctrine of unclean hands bars the Aiding and Abetting Conversion claim. If your answer was "No" to Question 4, you must find that the doctrine of unclean hands does not bar the Aiding and Abetting Conversion claim. Please so indicate.

    \_\_\_\_\_Yes.

    \_\_\_\_\_No.

*If your answer to Question 11 is "Yes" and you answered Questions 12-14 "No," proceed to Question 15. If you answered "Yes" to any of Questions 12-14, proceed to Question 16.*

15. If you found Defendant liable on the Aiding and Abetting Conversion claim, what damages do you award to Plaintiffs? You should <u>not</u> reduce the damages because of any other damages you award in response to other questions on this verdict form. The Court will ensure that Plaintiffs do not recover any damages that duplicate other damages that you may award.

    $_____

**This ends your deliberations on Claim Three, and you may proceed to Claim Four of this verdict form.**

### Claim Four – Negligence

16. Did Plaintiffs prove, by a preponderance of the evidence, that Defendant owed a duty of reasonable care to the companies that Plaintiffs represent, and that Defendant breached that duty causing damages?

    ✓\_\_\_Yes.

    \_\_\_\_\_No.

*If your answer is "No" to Question 16, this ends your deliberations. If your answer is "Yes" to Question 16, go to Question 17.*

5

17. Your answer to Question 2 will be the same as your answer here. If your answer was "Yes" to Question 2, you must find that the doctrine of *in pari delicto* or equal fault bars the Negligence claim. If your answer was "No" to Question 2, you must find that the doctrine of equal fault does not bar the Negligence claim. Please so indicate.

_____ Yes.

✓ No.

*If your answer is "Yes" to Question 17, this ends your deliberations. If your answer is "No" to Question 17, go to Question 18.*

18. Your answer to Question 3 will be the same as your answer here. If your answer was "Yes" to Question 3, you must find that the doctrine of equitable estoppel bars the Negligence claim. If your answer was "No" to Question 3, you must find that the doctrine of equitable estoppel does not bar the Negligence claim. Please so indicate.

_____ Yes.

✓ No.

*If your answer is "Yes" to Question 18, this ends your deliberations. If your answer is "No" to Question 18, go to Question 19.*

19. Your answer to Question 4 will be the same as your answer here. If your answer was "Yes" to Question 4, you must find that the doctrine of unclean hands bars the Negligence claim. If your answer was "No" to Question 4, you must find that the doctrine of unclean hands does not bar the Negligence claim. Please so indicate.

_____ Yes.

✓ No.

*If your answer to Question 16 is "Yes" and you answered Questions 17-19 "No," proceed to Question 20. If you answered "Yes" to any of Questions 17-19, proceed to Question 21.*

20. If you found Defendant liable on the negligence claim, what damages do you award to Plaintiffs? You should <u>not</u> reduce the damages because of any other damages you award in response to other questions on this verdict form. The Court will ensure that Plaintiffs do not recover any damages that duplicate other damages that you may award.

$ 95,000,000

*If you found the defendant liable on any claim, please answer Question 21.*

6

21. Have Plaintiffs proven by clear and convincing evidence that they are entitled to punitive damages?

_____ Yes.

__✓__ No.

**This ends your deliberations. The foreperson should sign and date this verdict form.**

SO SAY WE ALL this 25th day of ___April___, 2023.

███████████████████████
Foreperson