UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court for jury trial. On September 24, 2021, Plaintiffs filed an Amended Complaint, seeking relief on eight (8) Counts: Count One (Fraudulent Trading (Cayman Islands Companies Law § 147)) against all Defendants, Count Two (Aiding and Abetting Breach of Fiduciary Duty) against all Defendants, Count Three (Breach of Fiduciary Duty), Count Four (Aiding and Abetting Conversion) against all Defendants, Count Five (Breach of Contract) against Deutsche Bank AG, Count Six (Negligence) against Deutsche Bank, Count Seven (Violation of the Florida Civil Remedies for Criminal Practices Act) against all Defendants, and Count Eight (Violation of Florida's Civil Remedies for Theft or Exploitation Statute) against Deutsche Bank and Deutsche Bank Trust Companies. *See* ECF No. [31]. Counts One, Two, Four, and Six were tried before a jury against Deutsche Bank AG.

The issues having been duly tried and the jury having duly rendered its verdict, it is **ORDERED AND ADJUDGED** as follows, consistent with the jury's verdict:

1. Judgment is entered in favor of Plaintiffs on Count Six (Negligence).

    a. Defendant is liable on Count Six in the amount of $95,000,000.00.

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

    b. Post-judgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961.

2. Final Judgment is entered in favor of Defendant Deutsche Bank AG on all other Counts.

3. The Court reserves jurisdiction over post-trial motions, including motions for prejudgment interest, and attorneys' fees and costs.

4. The Clerk of Court is directed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 25, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record