**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:21-cv-22437-Bloom/Otazo-Reyes**

MICHAEL PEARSON, *et al.*,

                    Plaintiffs,

v.

DEUTSCHE BANK, AG,

                    Defendants.



FILED BY_____D.C.

JUN 01 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**DEFENDANT DEUTSCHE BANK, AG'S NOTICE OF FILING**
**SUPERSEDEAS BOND WITH REGARD TO THE APRIL 25, 2023**
**FINAL JUDGMENT AGAINST DEFENDANT DEUTSCHE BANK AG**

Defendant DEUTSCHE BANK AG, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 62(b) and (d), and Local Rule 62.1(a), hereby files the attached original Supersedeas Bond (Bond No. <u>3516831</u>) in the amount of $104,500,000.00, which represents 110% of the amount of the Final Judgment (D.E. 254) entered in this action on April 25, 2023, in favor of Plaintiffs MICHAEL PEARSON, ANDREW CHILDE, AND ANNA SILVER and against Defendant DEUTSCHE BANK AG.

Said Bond is being filed in order to obtain a stay of all execution and enforcement proceedings during the pendency of the Appeal to the United States Court of Appeals for the Eleventh Circuit by Defendant DEUTSCHE BANK, AG from the Final Judgment (D.E. 254) entered in this action on April 25, 2023 in favor of Plaintiffs MICHAEL PEARSON, ANDREW

CHILDE, AND ANNA SILVER and against Defendant DEUTSCHE BANK AG.

Dated: June __1__, 2023

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325
(305) 960-2214
hwgurland@duanemorris.com
pnmendoza@duanemorris.com

David G. Januszewski *(Pro Hac Vice)*
Anirudh Bansal *(Pro Hac Vice)*
Sheila C. Ramesh *(Pro Hac Vice)*
Sesi V. Garimella *(Pro Hac Vice)*
Margaret Barone *(Pro Hac Vice)*
Miles C. Wiley IV, Esq. *(pro hac vice)*
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000
djanuszewski@cahill.com
abansal@cahill.com
sramesh@cahill.com
sgarimella@cahill.com
mbarone@cahill.com
mwiley@cahill.com

*Attorneys for Defendant Deutsche Bank AG*

2

*Case No.: 1:21-cv-22437-Bloom/Otazo-Reyes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be served this 1st day of June, 2023 via electronic mail upon:

Frank M. Lowrey IV *(Pro Hac Vice)*
lowrey@bmelaw.com
Ronan P. Doherty *(Pro Hac Vice)*
doherty@bmelaw.com
John H. Rains
rains@bmelaw.com
Amanda Kay Seals *(Pro Hac Vice)*
seals@bmelaw.com
Michael B. Jones *(Pro Hac Vice)*
jones@bmelaw.com
Juliana Mesa *(Pro Hac Vice)*
mesa@bmelaw.com
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Eduardo F. Rodriguez
eddie@efrlawfirm.com
1 Alhambra Plaza, Suite 1225
Coral Gables, FL 33134
Telephone: (305) 340-0034

Harvey W. Gurland, Jr., Esq.

3