**United States District Court**
**Southern District of Florida**

Case Number: _21 CV 22437_

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _Miami_

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

X • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: _6/1/23_

Revised: 2/20/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

Michael Pearson, et al.,
Plaintiffs,
v.

Deutsche Bank AG,
Defendant.

Bond No. 3516831

**SUPERSEDEAS BOND**

We, the Defendant, as principal(s), and Markel Insurance Company, as surety, are held and firmly bound to the Plaintiffs in the sum of One Hundred Four Million Five Hundred Thousand & 00/100 Dollars ($104,500,000.00), to be paid to Plaintiffs (their heirs, executors, administrators, or assigns or their successors or assigns), for which payment well and truly to be made, we bind ourselves, our heirs, executors, administrators, or assigns, jointly and severally, by this instrument.

Whereas, on April 26, 2023, in an action pending in the above court, between the Plaintiffs and the Defendant, judgment was rendered against Deutsche Bank AG and in favor of Michael Pearson, et al. in the amount of Ninety-Five Million & 00/100 Dollars ($95,000,000.00).  One hundred ten percent (110%) of that amount is $104,500,000.00.

Whereas, the Defendant having filed post-trial motions from such judgment to the United States District Court Southern District of Florida and intends, if necessary, to appeal the judgment to the United States Court of Appeals for the Eleventh Circuit and, if necessary, to the United States Supreme Court.

Now, therefore, the condition of this obligation is such that this obligation shall be void if (a) the Defendant shall prosecute its appeal to effect (including any proceedings on the merits following a petition for *writ of certiorari* to the United States Supreme Court) and shall satisfy the judgment in full, together with costs, interest, and damages if the appeal is finally dismissed or the judgment is affirmed; (b) the Defendant shall prosecute its appeal to effect (including any proceedings on the merits following a petition for *writ of certiorari* to the United States Supreme Court) and shall satisfy in full such judgment as modified together with such costs, interests, and damages as may be adjudged and awarded; or (c) the judgment is reversed or vacated.  Otherwise, it shall remain in full service and effect.

The maximum liability of the Surety shall not exceed the penal sum of this bond.

This Bond may be executed in any number of counterparts.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Markel Insurance Company, as the surety, hereby submits itself to the jurisdiction of the United States District Court Southern District of Florida.

Dated this 26th day of May, 2023.

Deutsche Bank AG
Defendant
1 Columbus Circle, New York, NY 10019

Markel Insurance Company
Surety
4521 Highwoods Parkway, Glen Allen, VA 23060

Annette Audinot, Attorney-In-Fact, FL Non-Resident License #W311730

APPROVED:

United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

Michael Pearson, et al.,
Plaintiffs,

v.

Deutsche Bank AG,
Defendant.

Bond No. 3516831

## SUPERSEDEAS BOND

We, the Defendant, as principal(s), and Markel Insurance Company, as surety, are held and firmly bound to the Plaintiffs in the sum of One Hundred Four Million Five Hundred Thousand & 00/100 Dollars ($104,500,000.00), to be paid to Plaintiffs (their heirs, executors, administrators, or assigns or their successors or assigns), for which payment well and truly to be made, we bind ourselves, our heirs, executors, administrators, or assigns, jointly and severally, by this instrument.

Whereas, on April 26, 2023, in an action pending in the above court, between the Plaintiffs and the Defendant, judgment was rendered against Deutsche Bank AG and in favor of Michael Pearson, et al. in the amount of Ninety-Five Million & 00/100 Dollars ($95,000,000.00). One hundred ten percent (110%) of that amount is $104,500,000.00.

Whereas, the Defendant having filed post-trial motions from such judgment to the United States District Court Southern District of Florida and intends, if necessary, to appeal the judgment to the United States Court of Appeals for the Eleventh Circuit and, if necessary, to the United States Supreme Court.

Now, therefore, the condition of this obligation is such that this obligation shall be void if (a) the Defendant shall prosecute its appeal to effect (including any proceedings on the merits following a petition for *writ of certiorari* to the United States Supreme Court) and shall satisfy the judgment in full, together with costs, interest, and damages if the appeal is finally dismissed or the judgment is affirmed; (b) the Defendant shall prosecute its appeal to effect (including any proceedings on the merits following a petition for *writ of certiorari* to the United States Supreme Court) and shall satisfy in full such judgment as modified together with such costs, interests, and damages as may be adjudged and awarded; or (c) the judgment is reversed or vacated. Otherwise, it shall remain in full service and effect.

The maximum liability of the Surety shall not exceed the penal sum of this bond.

This Bond may be executed in any number of counterparts.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Markel Insurance Company, as the surety, hereby submits itself to the jurisdiction of the United States District Court Southern District of Florida.

Dated this 26th day of May, 2023.

Deutsche Bank AG
Defendant
1 Columbus Circle, New York, NY 10019

APPROVED:

_____
United States District Judge

Markel Insurance Company
Surety
4521 Highwoods Parkway, Glen Allen, VA 23060

Annette Audinot, Attorney-In-Fact, FL Non-Resident License #W311730

POA# Marsh USA - National

# JOINT LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That SureTec Insurance Company, a Corporation duly organized and existing under the laws of the State of Texas and having its principal office in the County of Harris, Texas and Markel Insurance Company (the "Company"), a corporation duly organized and existing under the laws of the state of Illinois, and having its principal administrative office in Glen Allen, Virginia, does by these presents make, constitute and appoint:

## Annette Audinot

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on their own behalf, individually as a surety or jointly, as co-sureties, and as their act and deed any and all bonds and other undertaking in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

### In Unlimited Amounts

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolutions adopted by the Board of Directors of SureTec Insurance Company and Markel Insurance Company:

"RESOLVED, That the President, any Senior Vice President, Vice President, Assistant Vice President, Secretary, Assistant Secretary, Treasurer or Assistant Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the SureTec Insurance Company and Markel Insurance Company, as the case may be, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Markel Insurance Company and SureTec Insurance Company have caused their official seal to be hereunto affixed and these presents to be signed by their duly authorized officers on the 15th day of    March    , 2021 .

SureTec Insurance Company

By: _____
Michael C. Keimig, President

State of Texas
County of Harris:

Markel Insurance Company

By: _____
Lindey Jennings, Vice President

On this 15th day of    March    , 2021 A. D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICERS OF THE COMPANIES, to me personally known to be the individuals and officers described in, who executed the preceding instrument, and they acknowledged the execution of same, and being by me duly sworn, disposed and said that they are the officers of the said companies aforesaid, and that the seals affixed to the proceeding instrument are the Corporate Seals of said Companies, and the said Corporate Seals and their signatures as officers were duly affixed and subscribed to the said instrument by the authority and direction of the said companies, and that Resolutions adopted by the Board of Directors of said Companies referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.

XENIA CHAVEZ
Notary Public, State of Texas
Notary ID# 12911765-9
My Commission Expires
SEPTEMBER 10, 2024

By: _____
Xenia Chavez, Notary Public
My commission expires 9/10/2024

We, the undersigned Officers of SureTec Insurance Company and Markel Insurance Company do herby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, we have hereunto set our hands, and affixed the Seals of said Companies, on the 26th day of    May    , 2023    .

SureTec Insurance Company

By: _____
M. Brent Beaty, Assistant Secretary

Markel Insurance Company

By: _____
Andrew Marquis, Assistant Secretary

Any instrument issued in excess of the penalty stated above is totally void and without any validity.
For verification of the authority of this Power you may call (713)812-0800 on any business day between 8:30 AM and 5:00 PM CST.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

Michael Pearson, et al.,
Plaintiffs,

v.

Deutsche Bank AG,
Defendant.

Bond No. 3516831

## SUPERSEDEAS BOND

We, the Defendant, as principal(s), and Markel Insurance Company, as surety, are held and firmly bound to the Plaintiffs in the sum of One Hundred Four Million Five Hundred Thousand & 00/100 Dollars ($104,500,000.00), to be paid to Plaintiffs (their heirs, executors, administrators, or assigns or their successors or assigns), for which payment well and truly to be made, we bind ourselves, our heirs, executors, administrators, or assigns, jointly and severally, by this instrument.

Whereas, on April 26, 2023, in an action pending in the above court, between the Plaintiffs and the Defendant, judgment was rendered against Deutsche Bank AG and in favor of Michael Pearson, et al. in the amount of Ninety-Five Million & 00/100 Dollars ($95,000,000.00). One hundred ten percent (110%) of that amount is $104,500,000.00.

Whereas, the Defendant having filed post-trial motions from such judgment to the United States District Court Southern District of Florida and intends, if necessary, to appeal the judgment to the United States Court of Appeals for the Eleventh Circuit and, if necessary, to the United States Supreme Court.

Now, therefore, the condition of this obligation is such that this obligation shall be void if (a) the Defendant shall prosecute its appeal to effect (including any proceedings on the merits following a petition for *writ of certiorari* to the United States Supreme Court) and shall satisfy the judgment in full, together with costs, interest, and damages if the appeal is finally dismissed or the judgment is affirmed; (b) the Defendant shall prosecute its appeal to effect (including any proceedings on the merits following a petition for *writ of certiorari* to the United States Supreme Court) and shall satisfy in full such judgment as modified together with such costs, interests, and damages as may be adjudged and awarded; or (c) the judgment is reversed or vacated. Otherwise, it shall remain in full service and effect.

The maximum liability of the Surety shall not exceed the penal sum of this bond.

This Bond may be executed in any number of counterparts.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Markel Insurance Company, as the surety, hereby submits itself to the jurisdiction of the United States District Court Southern District of Florida.

Dated this 26th day of May, 2023.

<u>Deutsche Bank AG</u>
Defendant
1 Columbus Circle, New York, NY 10019

*Ken Fento*

APPROVED:

_____
United States District Judge

<u>Markel Insurance Company</u>
Surety
4521 Highwoods Parkway, Glen Allen, VA 23060

Annette Audinot, Attorney-In-Fact, FL Non-Resident License # W311780

POA# Marsh USA - National

# JOINT LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That SureTec Insurance Company, a Corporation duly organized and existing under the laws of the State of Texas and having its principal office in the County of Harris, Texas and Markel Insurance Company (the "Company"), a corporation duly organized and existing under the laws of the state of Illinois, and having its principal administrative office in Glen Allen, Virginia, does by these presents make, constitute and appoint:

## Annette Audinot

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on their own behalf, individually as a surety or jointly, as co-sureties, and as their act and deed any and all bonds and other undertaking in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

### In Unlimited Amounts

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolutions adopted by the Board of Directors of SureTec Insurance Company and Markel Insurance Company:

"RESOLVED, That the President, any Senior Vice President, Vice President, Assistant Vice President, Secretary, Assistant Secretary, Treasurer or Assistant Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the SureTec Insurance Company and Markel Insurance Company, as the case may be, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Markel Insurance Company and SureTec Insurance Company have caused their official seal to be hereunto affixed and these presents to be signed by their duly authorized officers on the 15th day of      March      , 2021 .

SureTec Insurance Company

By: _____
Michael C. Keimig, President

State of Texas
County of Harris:

Markel Insurance Company

By: _____
Lindey Jennings, Vice President

On this 15th day of      March      , 2021 A. D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICERS OF THE COMPANIES, to me personally known to be the individuals and officers described in, who executed the preceding instrument, and they acknowledged the execution of same, and being by me duly sworn, disposed and said that they are the officers of the said companies aforesaid, and that the seals affixed to the proceeding instrument are the Corporate Seals of said Companies, and the said Corporate Seals and their signatures as officers were duly affixed and subscribed to the said instrument by the authority and direction of the said companies, and that Resolutions adopted by the Board of Directors of said Companies referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.

XENIA CHAVEZ
Notary Public, State of Texas
Notary ID# 12911765-9
My Commission Expires
SEPTEMBER 10, 2024

By: _____
Xenia Chavez, Notary Public
My commission expires 9/10/2024

We, the undersigned Officers of SureTec Insurance Company and Markel Insurance Company do herby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, we have hereunto set our hands, and affixed the Seals of said Companies, on the 26th day of      May      , 2023 .

SureTec Insurance Company

By: _____
M. Brent Beaty, Assistant Secretary

Markel Insurance Company

By: _____
Andrew Marquis, Assistant Secretary

Any Instrument Issued in excess of the penalty stated above is totally void and without any validity.
For verification of the authority of this Power you may call (713)812-0800 on any business day between 8:30 AM and 5:00 PM CST.

DocuSign Envelope ID: D09394AD-C3A1-43A2-9761-E56AB0F365D0



Markel Insurance Company
O'Hare International Center I
10275 W. Higgins Road, Suite 750, 7th Floor
Rosemont, Illinois 60018

## FINANCIAL STATEMENT
## as of December 31, 2022
## Statutory Basis

| | | | | |
|---|---:|---|---|---:|
| Bonds | $ 1,201,494,258 | Reserve for Losses and Loss Expense | $ | 1,138,487,030 |
| Stocks | 2,247,150,209 | Reserve for Unearned Premiums | | 491,538,467 |
| Cash & Short Term Investments | 168,036,300 | Other Liabilities | | 762,664,582 |
| Agents Balances or Uncollected Premiums | 538,304,647 | TOTAL LIABILITIES | | 2,392,690,079 |
| Other Admitted Assets | 520,655,560 | | | |
| | | Capital Stock | | 4,200,000 |
| | | Surplus | | 2,278,750,895 |
| | | TOTAL POLICYHOLDERS SURPLUS | | 2,282,950,895 |
| | | TOTAL LIABILITIES AND POLICYHOLDERS | | |
| TOTAL ASSETS | $ 4,675,640,974 | SURPLUS | $ | 4,675,640,974 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners.
Securities carried in the above statement are deposited as required by law.

## CERTIFICATE

Michael J. Jaeger, Controller, and Kathleen A. Sturgeon, Secretary, of the Markel Insurance Company, being duly sworn, deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2022, the Company actually possessed the assets set forth in the foregoing financial statement, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2022, according to the best of their information, knowledge and belief.

DocuSigned by:

*Michael Jaeger*

Controller

DocuSigned by:

*Kathleen A. Sturgeon*

Secretary

STATE OF ILLINOIS
COUNTY OF COOK

On this 7th day of 03, 2023, before me came the above named officers of Markel Insurance Company to me known to be the individuals and officers described herein, and acknowledge that they executed the foregoing instrument and affixed the seal of the corporation thereto by the authority of their office.

DocuSigned by:

*Justynn M Gorka*

Notary Public

DS

OFFICIAL SEAL
JUSTYNN M GORKA
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/30/20XX