UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT

**THIS CAUSE** came before the Court for jury trial. On April 25, 2023, the Court entered Final Judgment in the above-styled action. ECF No. [254]. On September 11, 2023, the Court entered an Omnibus Order on Post Trial Motions, finding that Plaintiffs should be awarded $16,587.59 in prejudgment interest. ECF No. [289] at 44. On October 6, 2023, the Court entered an Order Taxing Costs, finding that Plaintiffs should be awarded $18,072.35 in taxable costs. ECF No. [293].

Accordingly, consistent with the jury's verdict, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiffs on Count Six (Negligence).

2. Judgment is entered in favor of Defendant Deutsche Bank AG on all other Counts.

3. Defendant is liable on Count Six in the amount of **$95,034,659.94**.

    a. Plaintiff is awarded **$95,000,000.00 in damages**.

    b. Plaintiff is awarded **$16,587.59 in prejudgment interest**.

    c. Plaintiff is awarded **$18,072.35 in taxable costs**.

Case No. 21-cv-22437-BLOOM/Otazo-Reyes

4. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

5. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 6, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record