# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 22, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810



Appeal Number: 23-13327-JJ
Case Style: Michael Pearson, et al v. Deutsche Bank AG
District Court Docket No: 1:21-cv-22437-BB

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:  404-335-6100     Attorney Admissions:         404-335-6122
Case Administration:  404-335-6135     Capital Cases:               404-335-6200
CM/ECF Help Desk:     404-335-6125     Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-13327-JJ

_____

MICHAEL PEARSON,
ANDREW CHILDE,
ANNA SILVER,
on behalf of and solely in their capacities as
Joint Official Liquidators of Diversified
Real Estate Development Ltd (in Official Liquidation),
GMS Global Market Step Up Note Ltd (in Official
Liquidation), Preferred Income Collateralized,

          Plaintiffs - Counter Defendants
          Appellees - Cross Appellants,

versus

DEUTSCHE BANK AG,

          Defendant - Counter Claimant
          Appellant - Cross Appellee,

DEUTSCHE BANK AG (LONDON BRANCH), et al.,

          Defendants - Counter Claimants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant-Cross Appellee DB is GRANTED by clerk [10163111-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective March 22, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION