UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

_____,

    Plaintiff,

v.

_____,

    Defendant,
_____/

FILED BY _____RR_____ D.C.

Apr 3, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CLERK'S NOTICE FOR RELEASE OF BOND

Pursuant to the Court Order dated _____, (DE #_____), the bond has been released to _____

_____.

DONE at _____, Florida, this, _____ day of _____, 20____.

**Angela E. Noble**
Court Administrator • Clerk

By: _Richard Ramos_
    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22437-BLOOM/Torres

MICHAEL PEARSON, *et al.*,

    Plaintiffs,

v.

DEUTSCHE BANK AG, *et al.*,

    Defendants.
_____/

## ORDER RELEASING SUPERSEDEAS BOND

**THIS CAUSE** is before the Court upon the Plaintiffs and Defendant Deutsche Bank AG's ("Defendant") Stipulation for Dismissal with Prejudice, ECF No. [302] ("Stipulation"), filed on March 21, 2024. On October 6, 2023, the Court issued an amended final judgment in favor of Plaintiffs Michael Pearson, Andrew Childe, and Anna Silver. ECF No. [294]. On October 11, 2023, Defendant Deutsche Bank appealed this Court's final judgment to the Eleventh Circuit. ECF No. [295]. On October 19, 2023, Plaintiffs filed a conditional cross-appeal on three issues and a cross-appeal on one issue. ECF No. [298]. Pursuant to its appeal, Defendant sought a stay of the execution and enforcement of the Court's final judgment. ECF No. [270]. As required under Federal Rule of Civil Procedure 62(b) and Local Rule 62.1, Defendant filed a Supersedeas Bond in the amount of $104,500,000.00 corresponding to 110% of the amount of the final judgment. *Id.* On March 22, 2024, the Clerk of Court of the United States Eleventh Circuit Court of Appeals dismissed Defendant and Plaintiffs' Appeal and Cross Appeal, respectively, pursuant to parties' motion to voluntarily dismiss their appeal. ECF No. [303].

The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise

Case No. 21-cv-22437-BLOOM/Torres

fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [302]**, is **APPROVED**;

2. Each party has agreed to bear its own attorneys' fees and costs;

3. Pursuant to the Dismissal of Defendant's appeal and of Plaintiffs' cross-appeal, the Clerk of Court is directed to release the original Supersedeas Bond, No. 3516831, **ECF No. [270]**, to Defendant Deutsche Bank AG, via one of its counsel of record, Harvey W. Gurland, Jr.; and

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 2, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record